# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144621

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 144621
                                       COA: 305898
                                       Shiawassee CC: 1989-006208-FC

GERALD LEE INMAN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0827

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk